IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL NO. 08-cv-40-JPG-PMF |
| ) | |
| MISCELLANEOUS COMPUTER AND ) | |
| ELECTRONIC EQUIPMENT, ) | |
| ) | |
| Defendants. | |

## **JUDGMENT**

This matter having come before the Court, and all parties having stipulated to dismissal,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice.

**KEENAN G. CASADY, CLERK**

Dated: January 26, 2009         s/Brenda K. Lowe, Deputy Clerk



**Approved:** s/ J. Phil Gilbert
             **J. PHIL GILBERT**
             **DISTRICT JUDGE**